



## MEMORANDUM OPINION

No. 04-11-00779-CV

**IN RE** Yvonne **RODRIGUEZ**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Sandee Bryan Marion, Justice
Rebecca Simmons, Justice
Marialyn Barnard, Justice

Delivered and Filed:  November 30, 2011

PETITION FOR WRIT OF MANDAMUS DENIED AS MOOT

On October 31, 2011, relator Yvonne Rodriguez filed a petition for writ of mandamus, complaining of the trial court's failure to rule on her request for temporary orders. However, on November 10, 2011, the trial court entered temporary orders. Accordingly, the petition for writ of mandamus is DENIED AS MOOT. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2918, *In the Interest of S.B.B. and S.S.G.*, pending in the County Court at Law, Val Verde County, Texas, the Honorable Sergio J. Gonzalez presiding.